**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF INDIANA**
**TERRE HAUTE DIVISION**

| | | |
|---|---|---|
| KENNETH R. EDWARDS, individually and on behalf of others similarly situated, | : : : | Case No. 2:17-CV-00478 |
| Plaintiff, | : : | Judge Jane E. Magnus-Stinson |
| v. | : : : | Magistrate Judge Mark J. Dinsmore |
| MENARD, INC., | : : | |
| Defendant. | : | |

### MOTION TO APPEAR *PRO HAC VICE* FILED ON BEHALF OF ATTORNEY PAUL L. BITTNER

Tami A. Earnhart of the law firm Ice Miller LLP, pursuant to S. D. Ind. Local Rule 83-6(a), hereby moves this court for an Order granting Paul L. Bittner of Ice Miller LLP, leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Menard, Inc. in the above-styled cause only. In support of this motion, the undersigned states:

1. The Certification of Paul L. Bittner, as required by S.D. Ind. Local Rule 83-6(b), is attached hereto as Exhibit A.

2. Electronic payment in the amount of One Hundred Dollars ($100.00) has been submitted via pay.gov contemporaneously with the filing of this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting Paul L. Bittner leave to appear *pro hac vice* for purposes of this cause only.

Dated: November 9, 2017              Respectfully submitted,

                /s Tami A. Earnhart
Tami A. Earnhart, Attorney No. 21610-49
ICE MILLER LLP
One America Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: 317-236-2235
Facsimile: 317-592-4853
Email: tami.earnhart@icemiller.com

### CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, a copy of the foregoing MOTION TO APPEAR PRO HAC VICE ON BEHALF OF ATTORNEY PAUL L. BITTNER was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

                s/ Tami A. Earnhart
Tami A. Earnhart, Attorney No. 21610-49
ICE MILLER LLP
One America Square, Suite 2900
Indianapolis, IN 46282-0200
Telephone: 317-236-2235
Facsimile: 317-592-4853
Email: tami.earnhart@icemiller.com