# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KENNETH R. EDWARDS, individually and on behalf of others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-cv-00478-JMS-MJD |
| MENARD, INC. | ) ) ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| MENARD, INC., | ) ) | |
| Counterclaim Plaintiff, | ) ) | |
| v. | ) ) | CASE NO. 2:17-cv-00478-JMS-MJD |
| KENNETH R. EDWARDS, | ) ) | |
| Counterclaim Defendant. | ) | |

## ORDER GRANTING
## STIPULATION OF DISMISSAL WITH PREJUDICE

The Court, having considered the parties' Joint Stipulation of Dismissal with Prejudice, and being duly advised in the premises, now **ORDERS** that all claims in this action are hereby **DISMISSED WITH PREJUDICE**, each party to bear its own attorneys' fees and costs [38].

**SO ORDERED**.

Date: 11/13/2018

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution to:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.